CAVANAUGH, Respondent, vs. BOYLE and another, Appellants : RUNDELL and others, Defendants.

For the appellants: *Hannan, Johnson & Goldschmidt,* of Milwaukee, attorneys, and *Vilas H. Whaley* of Racine, and *Elton S. Karrmann* of Platteville, of counsel.

For the respondent: *Kopp & Brunckhorst* of Platteville.

For the defendants Rundell and Milwaukee Automobile Insurance Company: *Otto F. Christenson* of Lancaster.

*By the Court.*—Judgment affirmed.

TIDE WATER OIL COMPANY and another, Appellants, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellants: *Bendinger & Hayes,* attorneys, and *John H. Schlosser* of counsel, all of Milwaukee.

For the respondent Industrial Commission: *James E. Finnegan,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondent Mary F. Wall: *Arnold, Johnston & Robson* of Beloit.

*By the Court.*—Judgment affirmed.